THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAURENCE JETER, Appellant.— Appeal from an order of the Supreme Court, Kings County, dated September 15, 1970, which denied, without a hearing, appellant's

application for resentence. Appeal dismissed. Such an order is not appealable. We have, nevertheless considered the merits, and if the appeal were not being dismissed, we would affirm the order. The 1944 conviction was not a youthful offender incident. Munder, Acting P. J., Martuscello, Latham, Gulotta and Christ, JJ., concur.